IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TINIKA S. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13CV1146 |
| ) | |
| GARY RASHAWN SCALES, ) | |
| ) | |
| Defendant. ) | |

### RECOMMENDATION OF UNITED STATES MAGISTRATE

This matter comes before the Court *sua sponte*. Plaintiff filed this action on December 23, 2013. (Docket Entry 1.) On June 27, 2014, Plaintiff received notice from the Court informing Plaintiff that service had not been obtained upon Defendant Gary Rashawn Scales. (Docket Entry 2.) Plaintiff was given fourteen days to respond, and forewarned of dismissal of this action for failure to respond. (*Id.*) To date, the docket in this action does not reflect service upon Defendant, nor has Plaintiff filed any other document indicating any intent to proceed with this case.[1]

Under the circumstances, after notice, Plaintiff has not demonstrated good cause why such service was not made within 120 days after filing the complaint, nor has Plaintiff responded to the Court's notice.

---

[1] The Court also notes that Plaintiff has not paid the filing fee, nor has she submitted an application to proceed *in forma pauperis* in this matter. The Court further notes that Plaintiff has filed at least three other related law suits. (*See* Civil Action Nos. 1:13CV1144; 1:13CV1145; 1:14CV24.)

**IT IS THEREFORE RECOMMENDED** that this action be dismissed without prejudice.

This, the 20th day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　／s／ Joe L. Webster
　　　　　　　　　　　　　　　　　　　　　　Joe L. Webster
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge