IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TINIKA S. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13CV1146 |
| ) | |
| GARY RASHAWN SCALES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

BEATY, District Judge.

This matter is before the Court on a Recommendation [Doc. #4] of the United States Magistrate Judge recommending that this matter be dismissed *sua sponte* due to Plaintiff's failure to serve Defendant Gary RaShawn Scales within 120 days of filing her Complaint [Doc. #1]. The Recommendation was filed on March 20, 2015, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). On March 30, 2015, Plaintiff filed a timely Objection to the Recommendation [Doc. #6]. The Court has now reviewed *de novo* the Objection and the portion of the Recommendation to which objection was made, and the Court finds that the Objection does not change the substance of the United States Magistrate Judge's ruling. The Magistrate Judge's Recommendation [Doc. #4] is therefore affirmed and adopted for the reasons set forth therein.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* without prejudice.

This, the 21st day of April, 2015.

/s/ James A. Beaty
United States District Judge